**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Gladys Deese
Tutwiler Correctional Facility
8966 U.S. Highway 231, North
Wetumpka, AL    36092

CNO 05-576

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Susie Munn*     ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Susie Munn                        1/23/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0001 0150 5214

PS Form 3811, August 2001        Domestic Return Receipt        595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Sur e Morris<br>C. Date of Delivery  6/23/05 |
| 1. Article Addressed to:<br><br>Dep. Warden Frank Albright<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL  36092<br><br>CdO 05-576 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 5238 |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susi Mm_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Susi Mimi_   6/23/05 |
| 1. Article Addressed to:<br>Lt. Lenita Hawthorne<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL  36092<br><br>C+O 05-576 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 5252 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540