
**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donal Campbell, Commissioner
   Alabama Department of Corrections
   PO Box 301501
   Montgomery, AL   36130

   05-576   OVC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kay P. Hope
   ☑ Agent
   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   JUN 23 2005

D. Is delivery address different from item 1?   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 5191

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540