

REVISED 1-08-2001
STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
JULIA TUTWILER PRISON FOR WOMEN

STANDARD OPERATING PROCEDURE
NUMBER: 15-10                                        OPR: WARDEN

SMOKING POLICY

I. PURPOSE: The purpose of this policy is to prohibit smoking and the use of smokeless tobacco within all buildings and State owned vehicles at Julia Tutwiler Prison for Women and the Department of Corrections.

II. APPLICABILITY: This policy will apply to all employees, inmates, visitors, contractors and persons entering any building at Tutwiler. This policy will also apply equally to using smokeless tobacco and smoking. The term "smokeless tobacco" and "smoking" will be considered equivalent and interchangeable terms for the purpose of this standard operating procedure.

III. RESPONSIBILITY: It will be the responsibility of all employees to implement and abide by this policy. It will be the responsibility of all inmates to abide by this policy.

IV. PROCEDURES: Smoking at Tutwiler is strictly prohibited in the interior portions of any and all portions of all buildings and structures to include the following: offices, visiting rooms, break rooms, meeting rooms, foyers, towers, utility buildings, gate houses, dormitories, kitchen, control cubicle and all areas of health care unit.
   A. Smoking is prohibited in all state owned vehicles.
   B. Smoking is permitted "ONLY" outside of buildings and vehicles on state property.
   C. All visitors to Julia Tutwiler Prison for Women are to be appraised of the smoking prohibition at this facility.
   D. Possession of cigarettes and matches by inmates in Dorm 8 (Tutwiler's medical dorm) is prohibited.

V. COMPLIANCE: Problems concerning compliance with this policy will be brought to the attention of the appropriate supervisor and handled through the normal chain of command. In the event any employee or inmate violates this policy, the employee and/or the inmate will be subject to disciplinary actions.

   A. Inmates who fail to comply with this policy will be charged with violation of Rule #85 - Violation of Institutional Rules and Regulations.

   B. Employees who fail to comply with this policy will be charged with appropriate standard of conduct from Administrative Regulations 207 and 208 and this SOP and will be disciplined accordingly.

VI. This SOP supersedes all SOP's, post orders, special orders. Etc., previously issued on this subject.

*Gladys Deese   1/8/01*
Warden's Signature/Date

SOP 15-10 (Pages 2 of 2)