In The District Court Of The United States
For The Middle District Of Alabama

Northern Division                2005 SEP -8 A 9:35

Tabitha Dickerson           )
      Plaintiff             )
                            )
vs                          )  CASE # 2:05-CV-576-F
Donal Campbell, et.al       )
      Defendants            )
                            )

Motion For Enlargement Of Time
Petition For Documents pertaining to CASE Laube vs Haley - 2:02-CV-000-957-MHT)

As the Plaintiff in Reviewing the Defendants response Additional time is needed, their usage of Laube v. Haley (2:02-CV-000-957-MHT) does not appear to be a proper citing. I have been unable to find this case as written. I am asking the court to order the Defendants to provide a proper citing. If this case in question has any bearing on the case number above it is not available to inmates currently incarcerated at the Annex (TPW). I am asking the court to order the Defendant's to provide a copy or access to this case, so that I can challenge the relevance to this Civil Action.

Respectfully
Tabitha Dickerson

## Certificate of Service

I hereby Certify that I have this the 2nd day of September 2005, Served a copy of the foregoing upon the plaintiff by placing same in the United States Mail postage paid and properly addressed as follows:

Address of Counsel
Office of the Attorney General
11 South Union Street
Montgomery, Al. 36130
(334) 353-8841

s/ Andrew Hamilton Smith
Andrew Hamilton Smith
(SMI 265)
Assistant Att. General

Tabithia Dickerson
167077
8966 U.S. Hwy 231 North
Wetumpka, Al. 36092