IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TABITHA DICKERSON, #167077, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-576-F |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed herein by the plaintiff on September 8, 2005 (Court Doc. No. 13), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from September 6, 2005 to and including September 23, 2005 to file a response to the defendants' special report in compliance with the order entered on August 17, 2005. To aid the plaintiff in filing her response, it is

ORDERED that on or before September 13, 2005 the defendants shall provide the plaintiff with a copy of the settlement agreement entered in **Laube v. Haley**, Civil Action No. 2:02-CV-957-T (M.D. Ala.), on which they base the argument that "the plaintiff is barred from bringing another suit for injunctive relief concerning [her] exposure to tobacco . . ." *Defendants' Special Report* at 5.

Done this 12th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE