IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABITHA DICKERSON, #167077, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-576-F |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to substitute attorney filed by the defendants on September 15, 2005 (Court Doc. No. 15), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this   19th   day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE


FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE