IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TABITHA DICKERSON, #167077, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-576-F |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the response filed by the plaintiff on September 28, 2005, and for good cause, it is

ORDERED that on or before October 11, 2005 the defendants shall provide the plaintiff with a copy of the settlement agreement entered in ***Laube v. Haley***, Civil Action No. 2:02-CV-957-T (M.D. Ala.) which they submitted as exhibit one to their September 15, 2005 response.

Done this 30th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE