IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABITHA DICKERSON, #167077, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-576-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This court has determined that the plaintiff, Tabitha Dickerson, is no longer at the last address she provided for service. In the order of procedure entered in this case, the court instructed Dickerson that she must immediately inform the court of any new address. *Order of June 21, 2005 - Court Document No. 5* at 4. It is clear that Dickerson has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before May 17, 2007 the plaintiff shall show cause why this case should not be dismissed for her failure to comply with the orders of this court and her failure to adequately prosecute this action.

The plaintiff is specifically cautioned that if she fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 7th day of May, 2007.

　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE